AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| April Beesecker )<br>*Plaintiff* )<br>v. )<br>AY McDonald Mfg Co )<br>*Defendant* ) | Civil Action No.  2:23-cv-1006-CJW-MAR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:  Judgment entered in favor of Defendant AY McDonald Mfg Co against Plaintiff April Beesecker.

This action was *(check one)*:

☒ tried by a jury with Chief Judge  C.J. Williams  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  October 10, 2024

*PAUL DE YOUNG, CLERK OF COURT*

*[signature]*

*Signature of Clerk or Deputy Clerk*